# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re C.R. Bard Incorporated Litigation, | Case No.: 2:19-cv-01568-KJD-BNW |
| | **Order (1) Transferring Cases to a Single Magistrate Judge and (2) Assigning a Single District Judge to Hear Appeals** |
| | Related Cases:<br>2:19-cv-01570-APG-VCF<br>2:19-cv-01571-KJD-DJA<br>2:19-cv-01572-RFB-EJY<br>2:19-cv-01573-KJD-BNW<br>2:19-cv-01576-RFB-EJY<br>2:19-cv-01579-JCM-VCF<br>2:19-cv-01580-APG-NJK<br>2:19-cv-01581-APG-NJK<br>2:19-cv-01582-KJD-DJA<br>2:19-cv-01583-RFB-VCF<br>2:19-cv-01585-KJD-EJY<br>2:19-cv-01586-RFB-NJK<br>2:19-cv-01588-RFB-DJA<br>2:19-cv-01861-APG-VCF<br>2:19-cv-01862-JCM-DJA<br>2:19-cv-01863-KJD-EJY<br>2:19-cv-01864-RFB-BNW<br>2:19-cv-01871-APG-BNW<br>2:19-cv-01872-RFB-EJY<br>2:19-cv-01881-JCM-VCF<br>2:19-cv-01882-RFB-NJK<br>2:19-cv-01883-RFB-NJK<br>2:19-cv-01884-KJD-BNW |

The court may assign related actions to a single district judge and magistrate judge. *See* LR 42-1(a). The district judges assigned to these cases have determined that efficiency and consistency will be promoted by assigning the cases to a single magistrate judge, and by assigning one district judge to hear the parties' appeals of and objections to the magistrate judge's rulings on non-substantive motions (e.g., discovery and pre-trial issues). Each district

judge will retain their assigned cases for trial and will rule upon substantive and trial-related motions.

IT IS HEREBY ORDERED that all of the above-listed cases are transferred to Magistrate Judge Weksler. All appeals of her orders and all objections to her reports and recommendations on non-substantive issues will be heard by District Judge Dawson.[1] All future filings in these cases shall bear Case No.: 2:18-cv-___-___-BNW, as appropriate.

Dated: November 26, 2019.

_____
James C. Mahan
UNITED STATES DISTRICT JUDGE

_____
Kent J. Dawson
UNITED STATES DISTRICT JUDGE

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE

_____
Richard F. Boulware
UNITED STATES DISTRICT JUDGE

---

[1] Subsequent rulings on pending motions to consolidate in some of these cases may warrant reexamination of this appeal and objection process.